IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH LOGAN GOODMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-204-A |
| | ) | WO |
| DORENE NELSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 23, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that this case be and is hereby DISMISSED without prejudice.

Done this the 8th day of June, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE